IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE FRANKENFIELD | : | CIVIL ACTION |
| v. | : | |
| MEDIA PIZZA, INC. | : | NO. 03-2822 |
| LINDA BUCKLEY | : | CIVIL ACTION |
| v. | : | |
| MEDIA PIZZA, INC. | : | NO. 03-2824 |

## ORDER

AND NOW, this 17th day of August, 2011, upon consideration of Plaintiffs' motions to add a successor defendant, and Defendant's responses, and of Defendant's motions to dismiss and Plaintiffs' letters in response, it is hereby **ORDERED** that:

1. In *Frankenfield v. Media Pizza, Inc.,* CA No. 03-2822, Plaintiffs' Motion to Add Successor Defendant (Docket Entry No. 116) is DENIED.

2. In *Buckley v. Media Pizza, Inc.*, CA No. 03-2824, Plaintiffs Motion to Add Successor Defendant (Docket Entry No. 108) is DENIED.

3. In *Frankenfield v. Media Pizza, Inc.*, CA No. 03-2822, the Motion of Defendant Media Pizza, Inc., Pursuant to Federal Rule of Civil Procedure 12(b)(6) to Dismiss Plaintiff's Third Amended Complaint (Docket Entry No. 111) is GRANTED.

4. In *Buckley v. Media Pizza, Inc.*, CA No. 03-2824, the Motion of Defendant Media Pizza,

Inc., Pursuant to Federal Rule of Civil Procedure 12(b)(6) to Dismiss Plaintiff's Third Amended Complaint (Docket Entry No. 103) is GRANTED.

     5.  These cases are CLOSED.

                                          BY THE COURT:

                                          S/M. FAITH ANGELL
                                          M. FAITH ANGELL
                                          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

**Chambers of**
**M. FAITH ANGELL**                                    P:   (215) 597-6079
**United States Magistrate Judge**                     F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO. 03-2822** and **03-2824**                   **DISTRICT COURT JUDGE:** TJS

**TODAY'S DATE**: August 17, 2011                      **LAW CLERK'S INITIALS**: LFS

**NAME**                                               **FAX NUMBER**

1.   Timothy Kolman, Esq.                              (215) 750-3138
     Wayne A. Ely, Esq.

2.   Daniel S. Coval, Jr., Esq.                        (610) 664-9435

11